UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

vs.

RMG OVIEDO, LLC,

    Defendant.

Case No.
6:24-cv-1624-CEM-RMN

## REPORT AND RECOMMENDATION

This matter is before the Court on an Order to Show issued on April 23, 2025. Dkt. 20. Plaintiff responded to the Order on May 6. Dkt. 21.

On September 5, 2024, Plaintiff Howard Cohen initiated this action against Defendant RMG Oviedo, LLC, alleging violations of Title III of the American with Disabilities Act ("ADA"), 42 U.S.C. § 12182, *et seq*. Dkt. 1. Defendant was served with the Complaint on September 9, 2024. Dkt. 7. Defendant failed to timely respond and, as a result, the Clerk of Court entered default on November 5, 2024. Dkt. 17.

Plaintiff then moved for entry of final default judgment. Dkt. 18. The Court denied Plaintiff's request because his Complaint failed to include sufficient factual allegations to support the elements

required for his claim. Dkt. 20. In the Order denying Plaintiff's request, the Court directed Plaintiff and counsel to show cause why they should not, either individually or together, be sanctioned for advancing the same legal arguments that had been found inadequate in at least three other cases. *Id.* at 8 n.2, 9.

Plaintiff responded as directed. Dkt. 21. Plaintiff's counsel stated that he has undertaken meaningful steps to amend subsequent pleadings in conformity with the Court's recent holdings. *Id.* at 5. Based on that representation, the Court discharged the Order to Show Cause. Dkt. 22. Additionally, Plaintiff stated that, because Defendant has ceased operations, the relief requested in the Complaint is moot and Plaintiff will not be filing an Amended Complaint. *Id.* at 4–5.

Based on counsel's representation that Plaintiff does not wish to further prosecute his claims, I recommend that the Court dismiss Plaintiff's Complaint with prejudice.

Accordingly, I respectfully **RECOMMEND** the Court:

1. **DISMISS with prejudice** Plaintiff's Complaint (Dkt. 1); and

2. **DIRECT** the Clerk to close this file.

### Notice to Parties

"Within 14 days after being served with a copy of [a report and recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R.

- 3 -

Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters review by the district judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

**ENTERED** in Orlando, Florida, on May 14, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Hon. Carlos E. Mendoza

Counsel of Record