UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

v.                                         Case No. 6:24-cv-1624-CEM-RMN

**RMG OVIEDO, LLC,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review. The United States Magistrate Judge issued a Report and Recommendation (Doc. 23), recommending that the Complaint (Doc. 1) be dismissed with prejudice.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** and made a part of this Order.

2. The Complaint (Doc. 1) is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 6, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record